AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

MAR 11 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-16-0460-M |
| Mario Alejandro SOLIS (YOB 1978) Mex | ) ) ) ) | |
| Defendant(s) | | |

UNSEALED 3/14/16 /lc

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 18, 2013** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC s 846 | Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine |

This criminal complaint is based on these facts:

see attached

☑ Continued on the attached sheet.

approved by
AUSA F. Katz

Complainant's signature

HSI SA Antonio Perez, IV
Printed name and title

Sworn to before me and signed in my presence.

Date: March 11, 2016 1:26pm

Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, US Magistrate Judge
Printed name and title

In October of 2013, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received information regarding a drug trafficking organization (DTO) operating in the Rio Grande Valley area.

Agents identified Mario Alejandro SOLIS as a member of a drug trafficking organization (DTO) which was involved with re-distributing narcotics that the organization had stolen from various sources of supply. The DTO coordinated staged narcotic seizures of sham, or diluted, narcotics with the assistance of corrupt law enforcement officials which enabled the organization to steal drug loads from unwitting narcotics sources of supply. They would then re-distribute the real cocaine for a profit.

On March 18, 2013, Edcouch, Texas Police Department (EPD) Officers seized approximately 19 kilograms of cocaine from a bag abandoned in a taxi cab in Edcouch, Texas. A further examination of the bundles revealed that four bundles contained wooden blocks.

On March 10, 2016, agents interviewed SOLIS regarding his involvement with the DTO. SOLIS confirmed that the DTO was stealing drug loads utilizing corrupt law enforcement officials. SOLIS advised that the March 18, 2013 seizure in Edcouch, Texas had been staged by the DTO. SOLIS advised that he had recruited a law enforcement officer to assist the DTO with the staged seizure. SOLIS further admitted that he stored the sham cocaine in his residence before the seizure was staged.