United States District Court
Southern District of Texas
**ENTERED**
March 14, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 7:16–mj–00460 |
| § | |
| Mario Alejandro Solis § | |

## ORDER APPOINTING COUNSEL

Because the Defendant, Mario Alejandro Solis, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Gocha Allen Ramirez**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on March 14, 2016.

_____
Dorina Ramos
United States Magistrate Judge